JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN FIGUEROA, Petitioner, v. W. L. MONTGOMERY, Warden, Respondent. | No. CV 19-03796-SVW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied as untimely, and this action dismissed with prejudice.

Date: June 25, 2020

STEPHEN V. WILSON
United States District Judge